**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Alfred A. Arraj United States Courthouse Annex
901 19th Street, A1041
Denver, Colorado 80294
(303) 335-2350

**ROBERT E. BLACKBURN**
United States District Judge

# MEMORANDUM

**TO:**    Jeffrey P. Colwell, Clerk

**FROM:**  Judge Robert E. Blackburn

**DATE:**  March 31, 2025

**RE:**    Miscellaneous Civil Action No. 25-mc-00030
           John Doe 1-14 v. The University of San Francisco et al

   Exercising my prerogative as a Senior Judge, I request that this miscellaneous civil action be reassigned.