IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-mc-00030-SKC-NRN

JOHN DOE 1-14, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

THE UNIVERSITY OF SAN FRANCISCO,
ANTHONY N. GIARRATANO, and
TROY NAKAMURA,

    Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge N. Reid Neureiter

    This matter is before the Court on Plaintiffs' Motion to Compel Non-Party Robert "Tagg" Bozied's Production of Subpoenaed Documents (ECF No. 1). It is hereby ORDERED that a Motion Hearing is SET on May 20, 2025 at 3:30 p.m. in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Date: April 2, 2025