IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-mc-00030-SKC-NRN

JOHN DOE 1-14, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

THE UNIVERSITY OF SAN FRANCISCO,
ANTHONY N. GIARRATANO, and
TROY NAKAMURA,

    Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

    It is hereby ORDERED that Plaintiffs' Motion for Leave to Appear Remotely for Hearing (ECF No. 7) is GRANTED. Plaintiffs' counsel is given leave to appear at the Motion Hearing on May 20, 2025 at 3:30 via video teleconference. Plaintiffs' counsel shall contact the Courtroom Deputy, Roman Villa (Roman_Villa@cod.uscourts.gov) to make necessary arrangements.

Date: May 5, 2025