IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-mc-00030-SKC-NRN

JOHN DOE 1-14, individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

THE UNIVERSITY OF SAN FRANCISCO,
ANTHONY N. GIARRATANO, and
TROY NAKAMURA,

      Defendants.

---

## MINUTE ORDER

---

Entered by Magistrate Judge N. Reid Neureiter

      This matter is before the Court sua sponte. At a Motion Hearing on May 20, 2025, the Court took possession of a box of documents (8" x 11" in size with "FedEx" markings on the outside) from Non-Party Robert Bozied. ECF No. 10. On May 22, 2025, at approximately 10:04 a.m., Sheila Calzada of Time Courier, on behalf of Plaintiffs, retrieved the box of documents from the Court's Chambers located at 901 19th Street, A-442, Denver, CO 80294.

      The Court has attached to this Minute Order: (1) a photograph of the box of documents taken on May 22, 2025 (Exhibit A), and (2) a receipt signed by Ms. Calzada (Exhibit B).

Date: May 22, 2025

# Exhibit A



# Exhibit B

Receipt

On May 22, 2025, at __*10:04 AM*__ a courier from Time Courier picked up a brown FedEx box containing

approximately 100 pages of documents from the Chambers of United States Magistrate Judge N. Reid

Neureiter, located at 901 19th Street, A-442, Denver, CO 80294.

Courier Name: _Sheila Calzada_

Courier Signature: _Sheila Calzada_