IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-mc-00030-SKC-NRN

JOHN DOE 1-14, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

THE UNIVERSITY OF SAN FRANCISCO,
ANTHONY N. GIARRATANO, and
TROY NAKAMURA,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge N. Reid Neureiter

This matter is before the Court on Plaintiffs' Motion to Compel Non-Party Robert "Tagg" Bozied's Production of Subpoenaed Documents (ECF No. 1). The Court held a motion hearing on May 20, 2025. Non-Party Robert Bozied attended the hearing in-person and produced a box of documents to the Court. ECF No. 11. Plaintiffs subsequently took possession of the documents on May 22, 2025. *Id.*

Three months have passed. Plaintiff has not made any filings indicating that the documents produced by Non-Party Robert Bozied are in any way insufficient. The Court assumes that this production of documents satisfied Plaintiffs' Motion to Compel. Accordingly, the Motion to Compel (ECF No. 1) is DENIED as moot.

Date: August 25, 2025